Form B1 (Official Form 1) - (Rev. 04/10)    2010 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>Verdugo Mental Health | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, ano trade names):<br>VMH Care, Verdugo Mental Health Center, Positive Directions, Glen Roberts Child Study Center | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) 95-1940064 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>1540 E. Colorado Street<br>Glendale, California<br><br>ZIP CODE  91205 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br><br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br> | ZIP CODE |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)<br>_____ | ☒ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9   ☐ Chapter 12       of a Foreign Main Proceeding<br>                   ☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>                                          of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check one box, if applicable)<br>☒ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts** (Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors: |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300. *(amount subject to adjustment on 04/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) |

| Statistical/Administrative Information | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Form B1 (Official Form 1) (Rev.04/10)                                              2010 USBC, Central District of California

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Verdugo Mental Health | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)**

| Location<br>Where Filed:  N/a | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor:  N/a | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)                    Date |
|---|---|

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒  No | **Exhibit D**<br>(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|---|

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

| Form B1 (Official Form 1) (Rev. 04/10) | 2010 USBC, Central District of California |
|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Verdugo Mental Health | FORM B1, Page 3 |
|---|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney** <br><br> X *[signature]* _____ <br> Signature of Attorney for Debtor(s) <br> Andrew M. Parlen <br> Printed Name of Attorney for Debtor(s) <br> O'Melveny & Myers LLP <br> Firm Name <br> 400 South Hope Street <br> Address <br> Los Angeles, CA 90071-2899 <br><br> (213) 430-6000    aparlen@omm.com <br> Telephone Number <br> 3/25/11    230429 <br> Date    Bar Number <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> _____ <br><br> X _____ <br>                       Date <br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X *[signature]* _____ <br> Signature of Authorized Individual <br> William J. Smith <br> Printed Name of Authorized Individual <br> Chief Executive Officer <br> Title of Authorized Individual <br> 3/25/11 <br> Date | |

**CERTIFICATE OF RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS OF
VERDUGO MENTAL HEALTH**

The undersigned, as Chief Executive Officer of Verdugo Mental Health, a California
nonprofit public benefit corporation (the "**Corporation**"), hereby certifies that, in accordance
with the authority vested in the board of directors of the Corporation (the "**Board of Directors**"),
convened on October 26, 2010, at which a quorum of voting directors was present:

**WHEREAS,** the Corporation may in the near term have inadequate liquidity in light
of its cash demands and timing of its receivables actually realized;

**WHEREAS**, the Board has reviewed, considered and received the recommendations
of the senior management of the Company and the Company's professionals and
advisors as to the relative risks and benefits of filing a petition under chapter 11 or
chapter 7 of the United States Bankruptcy Code and prosecuting such case (the
"**Bankruptcy**");

**WHEREAS,** in order to preserve the Corporation's assets, to preserve value for the
benefit of the Corporation, to continue the charitable mission of the Corporation for
the benefit of the constituents that the Corporation serves and to manage the
Corporation according to the best interests of the population it is intended to
serve, the Board believes that it may be necessary for the Corporation to commence
the Bankruptcy and, therefore, it is necessary and in the best interests of the
Corporation and the population it is intended to serve to authorize the Chief
Executive Officer to take any and all actions with respect to the Bankruptcy that he
determines in his sole and absolute discretion to be necessary, appropriate or
advisable, the taking of such action being conclusive evidence of such determination.

**NOW THEREFORE**, be it:

**RESOLVED**, that, based on factors and information deemed relevant by the Board,
in the judgment of the Board, it is in the best interest of the Corporation, the
constituents that it serves and its charitable mission, to authorize, but not direct, the
Chief Executive Officer to take any and all actions that he deems appropriate to
prepare for the commencement of the Bankruptcy and, in his sole discretion, in
consultation with the Corporation's advisors, to commence the Bankruptcy by
authorizing and causing the filing of a petition pursuant to chapter 7 or 11 of the
United States Bankruptcy Code on behalf of the Corporation;

**FURTHER RESOLVED**, that, if the Bankruptcy is commenced, based on factors
and information deemed relevant by the Board, in the judgment of the Board, it is in
the best interest of the Corporation, the constituents that it serves and its charitable
mission, to authorize the Chief Executive Officer to take any and all actions with
respect to the Bankruptcy that he determines in his sole and absolute discretion to be
in the best interest of the Corporation, the constituents that it serves and its charitable
mission, the taking of such action being conclusive evidence of such determination;

**FURTHER RESOLVED,** that the actions of the officers of the Corporation, and
each of them acting without the others, in retaining the law firm of O'Melveny &

SF1:805889.4

Myers LLP ("**OMM**") as the Corporation's Bankruptcy counsel on terms that such officers deem appropriate, are hereby adopted, ratified and approved in all respects (it being understood, however, that the Corporation will reimburse OMM for all out-of-pocket costs incurred by OMM in connection with the Bankruptcy, and OMM will otherwise represent the Corporation in connection with the Bankruptcy on a pro bono basis);

**FURTHER RESOLVED,** that the officers and directors of the Corporation, and each of them with full authority to act without the others, are authorized and empowered, on behalf of, and in the name of, the Corporation, to prepare all pleadings and documentation, to execute, acknowledge, deliver and file any and all such instruments, applications, certificates, agreements, or any other instruments or documents or amendments or supplements thereto, and to take such other steps as they deem necessary and appropriate in his or her discretion in order to carry out the purpose and intent of the foregoing resolutions; and

**FURTHER RESOLVED,** that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board, on behalf of, and in the name of, the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

Executed on October 26, 2010, at Glendale, California

VERDUGO MENTAL HEALTH

By: _____

Name: Jim Vitale

Title: Secretary / VMH Board

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Evan M. Jones (S.B. #115827)<br>Andrew M. Parlen (S.B. #230429)<br>O'Melveny & Myers LLP<br>400 South Hope Street, Los Angeles, CA 90071-2899<br>Tel: (213) 430-6000   Fax: (213) 430-6407<br><br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Verdugo Mental Health | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists      Date Filed: March 25, 2011
☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Other: _____      Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

    I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "*/s/,*" followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____      March 25, 2011
*Signature of Authorized Signatory of Filing Party*      Date

William J. Smith
_____
*Printed Name of Authorized Signatory of Filing Party*

Chief Executive Officer
_____
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "*/s/,*" followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "*/s/,*" followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "*/s/,*" followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____      March 25, 2011
*Signature of Attorney for Filing Party*      Date

Andrew M. Parlen
_____
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Evan M. Jones (S.B. # 115827)<br>Andrew M. Parlen (S.B. # 230429)<br>Jennifer M. Taylor (S.B. #241191)<br>O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071-2899<br>T: (213) 430-6000  F: (213) 430-6407<br>☑ *Attorney for:* Verdugo Mental Health, Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Verdugo Mental Health | CASE NO.: 11-XXXXX |
|---|---|
| Debtor(s), | ADV. NO.: |
| Plaintiff(s), | CHAPTER: 11 |
| Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, William J. Smith _____, the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☑  I am the president or other officer or an authorized agent of the debtor corporation
    ☐  I am a party to an adversary proceeding
    ☐  I am a party to a contested matter
    ☐  I am the attorney for the debtor corporation

2. a.  ☐  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
        class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

   b.  ☑  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    3/25/11
Signature of Attorney or Declarant    Date

William J. Smith, Chief Executive Officer
Printed Name of Attorney or Declarant

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

B4 (OFFICIAL FORM 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re                                              Case No. 11 -_____ (_____)

**VERDUGO MENTAL HEALTH,**                         Chapter 11

                    Debtor.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. *See*, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| *(1)*<br><br>*Name of creditor and complete mailing address including zip code* | *(2)*<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *(3)*<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | *(4)*<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *(5)*<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| U.S Bank National Association<br>Attn: Nancy Stahl<br>1420 Fifth Avenue<br>7th Floor<br>Seattle, WA 93121 | U.S Bank National Association<br>Attn: Nancy Stahl<br>1420 Fifth Avenue<br>7th Floor<br>Seattle, WA 93121<br>(206) 344-4682 | Loan | | $6,072,787.00<br><br>Secured (value of security unknown) |
| Office of Statewide Health Planning and Development<br>Attn: Deputy Director<br>Cal-Mortgage Loan Ins. Division<br>300 Capitol Mall, Suite 1500<br>Sacramento, CA 95814 | Office of Statewide Health Planning and Development<br>Attn: Deputy Director<br>Cal-Mortgage Loan Ins. Division<br>300 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br>(916) 319-8818 | Loan | | $6,072,787.00<br><br>Secured (value of security unknown) |
| Verdugo Mental Health Foundation<br>1540 East Colorado Street<br>Glendale, CA 91205 | Verdugo Mental Health Foundation<br>1540 East Colorado Street<br>Glendale, CA 91205<br>(818) 542-6945 | Loan | | $1,164,000.00 |
| Foothill Special Education Local Plan Area<br>c/o Nancy Doumanian<br>500 North Brand Blvd.<br>Suite 1660<br>Glendale, CA 91203-4711 | Foothill Special Education Local Plan Area<br>c/o Nancy Doumanian<br>500 North Brand Blvd.<br>Suite 1660<br>Glendale, CA 91203-4711<br>(818) 500-7010 | Judgment | | $631,029.12<br><br>(plus interest) |

B4 (OFFICIAL FORM 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re                                    Case No. 11 -_____ (_____)

**VERDUGO MENTAL HEALTH,**                Chapter 11

Debtor.

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Los Angeles County Department of Mental Health<br>Attn: Robin Kay, Ph.D, Chief Deputy Director<br>550 South Vermont Avenue<br>6th Floor<br>Los Angeles, CA 90020 | Los Angeles County Department of Mental Health<br>Attn: Robin Kay, Ph.D, Chief Deputy Director<br>550 South Vermont Avenue<br>6th Floor<br>Los Angeles, CA 90020<br>(213) 738-4108 | Government Contract | Disputed, Unliquidated | $154,743.00<br><br>(approximate) |
| Unemployment Services Trust (UST)<br>PO Box 22657<br>Santa Barbara, CA 93121-2657 | Unemployment Services Trust<br>PO Box 22657<br>Santa Barbara, CA 93121<br>(888) 249-4788 | Contract | | $32,433.95 |
| Richard Ciasca<br>1717 N. Verdugo Road #132<br>Glendale, CA 91208 | Richard Ciasca<br>1717 N. Verdugo Road #132<br>Glendale, CA 91208 | Employee vacation | | $14,424.57 |
| Musick, Peeler & Garrett<br>Attn: Beau Miller<br>One Wilshire Blvd.<br>Los Angeles, CA 90017 | Musick, Peeler & Garrett<br>Attn: Beau Miller<br>One Wilshire Blvd.<br>Los Angeles, CA 90017<br>Telephone: (213) 629-7600 | Legal Fees | | $13,485.00 |
| George Eckart<br>4121 Ocean View Blvd Apt D<br>Montrose, CA 91020 | George Eckart<br>4121 Ocean View Blvd Apt D<br>Montrose, CA 91020 | Employee vacation | | $6,975.91 |
| Irena Westmoreland<br>827 N Hollywood Way #117<br>Burbank, CA 91505 | Irena Westmoreland<br>827 N Hollywood Way #117<br>Burbank, CA 91505 | Employee vacation | | $6,547.94 |
| James Benvenuti<br>18767 Tribune Street<br>Northridge, CA 91326 | James Benvenuti<br>18767 Tribune Street<br>Northridge, CA 91326 | Employee vacation | | $5,944.26 |
| Judith Buckley<br>1822 Canada Blvd<br>Glendale, CA 91208 | Judith Buckley<br>1822 Canada Blvd<br>Glendale, CA 91208 | Employee vacation | | $5,441.43 |
| Marina Geozalyan<br>2544 Manhattan Ave<br>Montrose, CA 91020 | Marina Geozalyan<br>2544 Manhattan Ave<br>Montrose, CA 91020 | Employee vacation | | $5,374.13 |
| Steven Hochstadt<br>3178 Dona Emilia Dr<br>Studio City, CA 91604 | Steven Hochstadt<br>3178 Dona Emilia Dr<br>Studio City, CA 91604 | Employee vacation | | $5,086.71 |
| Roseline Bicol<br>1600 Garden Street<br>Glendale, CA 91201 | Roseline Bicol<br>1600 Garden Street<br>Glendale, CA 91201 | Employee vacation | | $4,801.80 |
| Jane Maki<br>6906 Pacific View Dr<br>Los Angeles, CA 90068 | Jane Maki<br>6906 Pacific View Dr<br>Los Angeles, CA 90068 | Employee vacation | | $4,758.52 |

2

B4 (OFFICIAL FORM 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re                                                    Case No. 11 -_____  (_____)

**VERDUGO MENTAL HEALTH,**                               Chapter 11

Debtor.

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Patrick Kelly<br>1655 Rodney Dr #4<br>Los Angeles, CA 90027 | Patrick Kelly<br>1655 Rodney Dr #4<br>Los Angeles, CA 90027 | Employee vacation | | $4,653.14 |
| Aaron Loewy<br>3128 Brookdale Road<br>Studio City, CA 91604 | Aaron Loewy<br>3128 Brookdale Road<br>Studio City, CA 91604 | Employee vacation | | $3,714.97 |
| Shakeh Yegavian<br>1042 Don Alvarado<br>Arcadia, CA 91006 | Shakeh Yegavian<br>1042 Don Alvarado<br>Arcadia, CA 91006 | Employee vacation | | $3,692.10 |
| Martha Basmadjian<br>5025 Granada Street<br>Los Angeles, CA 90042 | Martha Basmadjian<br>5025 Granada Street<br>Los Angeles, CA 90042 | Employee vacation | | $3,681.70 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, William J. Smith, Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:    March 25, 2011                Signature _____

William J. Smith
Chief Executive Officer of
Verdugo Mental Health

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571.*

3

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re                                                 Case No. 11 -_____ (_____)

**VERDUGO MENTAL HEALTH,**                            **Chapter 11**

                    **Debtor.**

### LIST OF EQUITY SECURITY HOLDERS

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| NONE | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, William J. Smith, Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:      March 25, 2011                    Signature _____
                                                      William J. Smith
                                                      Chief Executive Officer of
                                                      Verdugo Mental Health

1

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)*<br><br>Evan M. Jones (S.B. # 115827)<br>Andrew M. Parlen (S.B. # 230429)<br>Jennifer M. Taylor (S.B. # 241191)<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>T: (213) 430-6000<br>F: (213) 430-6407 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>   Verdugo Mental Health<br><br><br>                           Debtor. | CHAPTER 11<br><br>CASE NUMBER   11-XXXXX<br><br><br>(No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.      Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

      1540 E. Colorado Street
      Glendale, California  91205

2.      Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

      1540 E. Colorado Street
      Glendale, California 91205

3.      Disclose the current business address(es) for all corporate officers:

      1540 E. Colorado Street
      Glendale, California 91205

4.      Disclose the current business address(es) where the Debtor's books and records are located:

      1540 E. Colorado Street
      Glendale, California 91205

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*    **VEN-C**

| In re | CHAPTER 11 |
|---|---|
| Verdugo Mental Health | |
| Debtor. | CASE NUMBER  11-XXXXX |

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   1540 E. Colorado Street
   Glendale, California 91205

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   N/A

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

   William J. Smith
   Chief Executive Officer
   Verdugo Mental Health
   1540 E. Colorado Street
   Glendale, CA 91205

8.    Total number of attached pages of supporting documentation:    0

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.


Executed on the _25th_ day of _March_ , 20 11 , at _Los Angeles_ , California.


William J. Smith
*Type Name of Officer*

Chief Executive Officer
*Position or Title of Officer*

*Signature of Declarant*

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/a

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    In re Patrick Liddell, Case No. 1:95-bk-16686-AG, Chapter 13, United States Bankruptcy Court for the Central District of

    California, Hon. Arthur Greenwald, Case Closed, Plan Paid in Full (Mr. Liddell is a member of the board of directors of the Debtor)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/a

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles                          , California.

Dated  3/25/11

_Debtor_    William J. Smith, Chief Executive Officer
            Verdugo Mental Health

_Joint Debtor_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                    F 1015-2.1

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                              1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: 11-XXXXX |
|---|---|
| Verdugo Mental Health | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __0.00__

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __0.00__

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __0.00__

2. The source of the compensation paid to me was:

   ❑ Debtor          ☒ Other *(specify)*

3. The source of compensation to be paid to me is:

   ❑ Debtor          ☒ Other *(specify)*

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ❑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)                    1998 USBC, Central District of California

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

N/a

O'Melveny has agreed to provide services on a pro bono basis, charging the Debtor only for reimbursement of actual
and necessary expenses incurred in connection with its representation of the Debtor

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

March 25, 2011
_____                    _____
Date                                          Signature of Attorney


O'Melveny & Myers LLP
_____
Name of Law Firm

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name   William J. Smith, Chief Executive Officer

Address   1540 E. Colorado Street, Glendale, California 91205

Telephone   (818) 542-6945

☐   Attorney for Debtor(s)
☐   Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: | Case No.:  11-XXXXX |
|---|---|
| | Chapter:  11 |
| Verdugo Mental Health<br>Verdugo Mental Health Center<br>VMH Care<br>Glen Roberts Child Study Center<br>Positive Directions | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __40__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   March 25, 2011

_Debtor_   William J. Smith, Chief Executive Officer
Verdugo Mental Health

_Attorney (if applicable)_                    _Joint Debtor_

Verdugo Mental Health
1540 East Colorado Street
Glendale, CA  91205


O'Melveny & Myers LLP
Andrew Parlen Esq
400 South Hope Street
Los Angeles, CA  90071


United States Trustee
725 S Figueroa Street 26th Fl
Los Angeles, CA  90017

A-American Self Storage
7880 San Fernando Road
Sun Valley, CA  91352


AAA Rents and Events Inc
16010 Strathern Street
Van Nuys, CA  91406


Action Messenger Service
PO Box 69763
Los Angeles, CA  90069


AFLAC
Attn Remittance Processing Srvcs
1932 Wynnton Road
Columbus, GA  31993-8601


AIA Insurance Agents Inc
PO Box 668
La Canada, CA  91012


Alma Lodge Board and Care
1750 Colorado Blvd
Los Angeles, CA  90041


American Funds Service Co
PO Box 6164
Indianapolis, IN  46206-6164


Amtech Elevator Services
Dept LA 21592
Pasadena, CA  91185-1592

Anderson Jill
711 Orange Grove Ave Apt 210
S Pasadena, CA  91030


Anthem Blue Cross
Dept 5812
Los Angeles, CA  90074-5812


Arco Gaspro Plus
PO Box 70887
Charlotte, NC  28272-0887


ASEBA
1 S Prospect Street
Burlington, VT  05401-3456


Aspen Publishers Inc
4829 Innovation Way
Chicago, IL  60682-0048


Assoc of Comm Human Svc Agencies
1200 Wilshire Blvd Suite 30
Los Angeles, CA  90017


AT&T Advertising Solutions
PO Box 989046
W Sacramento, CA  95798-9046


AT&T Business Services
635 Grant Street Fifth Floor
Pittsburgh, PA  15219

Attorney General of California
300 S Spring Street
Los Angeles, CA  90013-1230

Attorney General of California
c/o Charitable Trusts Section
455 Golden Gate Ave Ste 11000
San Francisco, CA  94102

Bagnard Karen
517 Wapello Street
Altadena, CA  91001

Bancroft Bradford
438 Burchett
Glendale, CA  91203

Bank of America
PO Box 37176
San Francisco, CA  94137-0176

Barkley Court Reporters
File No 50217
Los Angeles, CA  90074-0217

Basmadjian Martha
5025 Granada Street
Los Angeles, CA  90042

BB&T-Knight Insurance Services
535 N Brand Blvd 10th Fl
Glendale, CA  91203

Benefits Training and Consulting
PO Box 40
Oxford, PA  19363


Benvenuti James
18767 Tribune Street
Northridge, CA  91326


Berthelsen Lori
4915 Tyrone Ave #225
Sherman Oaks, CA  91423


Bicol Roseline
1600 Garden Street
Glendale, CA  91201


Big Lots
1401 Huntington Dr Suite B
S Pasadena, CA  91030


Blackbaud
PO Box 930256
Atlanta, GA  31193-0256


Blue Ribbon Carpet Sales Inc
317 N Victory Blvd
Burbank, CA  91502


BNY Mellon Wealth Management
400 S Hope Street Suite 400
Los Angeles, CA  90071-2806

Braaten Mary Ellen
940 Del Rey Dr
Glendale, CA  91207


Brandstater Lynn
1241 Oak Circle
Glendale, CA  91208


Brunie Janet
2301 E Glenoaks Blvd
Glendale, CA  91206


Buckley Judith
1822 Canada Blvd
Glendale, CA  91208


Burger King
5505 Blue Lagoon Dr
Miami, FL  33126


Business Vehicle Finance
PO Box 9001888
Louisville, KY  40290-1888


Byer Geotechnical Inc
1461 E Chevy Chase Dr Suite 200
Glendale, CA  91206


Cal Assoc of Alcohol &
  Drug Program Executives Inc
1127 11th Street Suite 208
Sacramento, CA  95814

Cal Health Facilities Fin Authority
Attn Executive Director
915 Capitol Mall Suite 590
Sacramento, CA  95814


Cal Psychology Internship Council
One Beach Street
Suite 200 Room 9
San Francisco, CA  94133


California Dept of Mental Health
Cynthia Rodriguez & Barbara Zweig
1600 9th Street Room 151
Sacramento, CA  95814


California Dept of Public Health
Privacy Officer
PO Box 997377 MS 0505
Sacramento, CA  95899-7377


California Dept of Education
1430 North Street Suite 2401
Sacramento, CA  95814


California Institute
for Mental Health
2125 19th Street 2nd Fl
Sacramento, CA  95818


California Office of
 Health Information Integrity
1600 9th Street, Room 460
Sacramento, CA  95814

California Office of Vital Records
MS 5103
PO Box 997410
Sacramento, CA  95899-7410


Canales Cindy
11007 Burnet Ave
Mission Hills, CA  91345


Carlson R Brian
232 S Keystone Street
Burbank, CA  91506


Carter Bobby
35 E Montana Street
Pasadena, CA  91103


CASRA
PO Box 388
Martinez, CA  94553


CCCMHA
1127 11th Street Suite 925
Sacramento, CA  95814


Centers for Medicare &
Medicaid Services
7500 Security Blvd
Baltimore, MD  21244-1850


Central Storage Inc
403 S Central Ave
Glendale, CA  91204

Chaker Jessica
337 E Tujunga Apt G
Burbank, CA  91502


Chapman and Cutler LLP
PO Box 71291
Chicago, IL  60694


CharterHouse Software Corp
3835R E Thousand Oaks Blvd #124
Westlake Village, CA  91362-6622


Choices III
4177 Garden Ave
Los Angeles, CA  90039


Chrysler Financial Services
2050 Roanoke Road
Westlake, TX  76262


Chrysler Financial Services
Attn Officer
PO Box 9001888
Louisville, KY  40290-1888


Ciasca Richard
1717 N Verdugo Road #132
Glendale, CA  91208


Cintas Document Mgmt
PO Box 633842
Cincinnati, OH  45263

City of Glendale
Attn Scott Howard
613 East Broadway Suite 220
Glendale, CA  91206


City of Glendale Police Dept
Alarm Desk
131 N Isabel Street
Glendale, CA  91206-4314


City of Glendale Water & Power
141 N Glendale Ave 2nd Floor
Glendale, CA  91206-4975


Colonial Life & Accident Ins
PO Box 903
Columbia, SC  29202-0903


Color Me Mine
2284 Honolulu Ave
Montrose, CA  91020


Comm Foundation of the Verdugos
330 Arden Ave Suite 130
Glendale, CA  91203


Commercial Door of LA County Inc
901 S Greenwood Ave Unit H
Montebello, CA  90640


Community Dev Block Grant Division
Attn Darrell D Santos
2 Coral Circle
Monterey Park, CA  91755

Comprehensive Comm Health Cntrs
1704 Colorado Blvd
Los Angeles, CA  90041


Computerworks NFP Solutions
550 W Cienega Ave Suite F
San Dimas, CA  91773


Conexis
PO Box 224547
Dallas, TX  75222-4547


Consolidated Office Systems
144 West Amerige Ave
Fullerton, CA  92832


Consultive Equipment Company
PO Box 40026
Downey, CA  90239


Contreras Chuy
7426 Winnetka Ave
Winnetka, CA  91306-2928


Cook Paging Inc
Payment Center
PO Box 1380
Suisun City, CA  94585-4380


Corporate Benefit Systems Inc
1011 Brioso Dr Suite 109
Costa Mesa, CA  92627

Costco Membership
PO Box 34535
Seattle, WA  98124-1535


County of LA - ADPA
1000 S Fremont Ave 3rd Fl
Building A-9 East
Alhambra, CA  91803


County of Los Angeles
District Attorney's Office
210 W Temple St Suite 18000
Los Angeles, CA  90012-3210


County of Los Angeles
Probation Dept
PO Box 60997
Los Angeles, CA  90060-0997


Crescenta Valley Chamber
 of Commerce
3131 Foothill Blvd Suite D
La Crescenta, CA  91214


Crowe Aaron
13517 Rye St #10
Sherman Oaks, CA  91423


Custom Lanyards Plus
5840 Red Bug Lake Road Suite 35
Winter Springs, FL  32708

CW Communications
239 W Olive Ave
Burbank, CA  91502


Darwish Zena
17840 Plummer Street
Northridge, CA  91325


De La Cruz Louie
6231 Echo Street
Los Angeles, CA  90042


Dell Business Credit
PO Box 5275
Carol Stream, IL  60197-5275


Dell Financial Services
PO Box 5292
Carol Stream, IL  60197-5292


Dell Marketing LP
c/o Dell USA LP
PO Box 910916
Pasadena, CA  91110-0916


Dept of Industrial Relations
Cal-OSHA
455 Golte Ave
San Francisco, CA  94102


Dept of Alcohol and Drug Programs
1700 K Street 5th Fl
Sacramento, CA  95811

Dept of Health and Human Svcs Rgn 9
90 Seventh Street
Federal Bldg Suite 5-100
San Francisco, CA  94103


Dept of Industrial Relations
PO Box 420603
San Francisco, CA  94142-0603


Dept of Motor Vehicles
PO Box 942894
Sacramento, CA  94294


Didi Hirsch Mental Health Services
Attn Kita S Curry
4760 S Sepulveda Blvd
Culver City, CA  90230


Discovery Doc Reproduction Srvs
725 S Figueroa Street Suite 1505
Los Angeles, CA  90017


Doumanian & Associates
c/o Nancy Doumanian
500 North Brand Blvd Suite 1660
Glendale, CA  91203-4711


Eatman (Isom) Aleyne
205 N Valencia
Alhambra, CA  91801


Ebrahim Armine
1127 Spazier Ave #B4
Glendale, CA  91201

Eckart George
4121 Ocean View Blvd Apt D
Montrose, CA  91020


Edible Arrangements
201 N Orange Street
Glendale, CA  91203


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001


Exym Inc
13822 Beach Blvd
Westminster, CA  92683


Eyraud Susan
10729 Sharon Ave
Sunland, CA  91040


Farazian Tara
15009 Moorpark St #111
Sherman Oaks, CA  91403


Figis Inc
PO Box 8090
Marshfield, WI  54449-8090


First Congregational Church
  of Glendale
2001 Canada Blvd
Glendale, CA  91208

First Fire Systems Inspections
Accounts Receivable
PO Box 875939
Los Angeles, CA  90087

Fletcher Sara
29 Marion Ave #2
Pasadena, CA  91101

Foothill Special Ed Local Plan Area
c/o Nancy Doumanian
500 N Brand Blvd Suite 1660
Glendale, CA  91203-4711

Foothill Special Ed Local Plan Area
c/o Philip Landsman
22030 Ventura Blvd #206
Woodland Hills, CA  91364

Franchise Tax Board
Attn Bankruptcy Unit
PO Box 2952
Sacramento, CA  95812-2952

Frank's Famous Kitchen and Bakery
3315 N Verdugo Road
Glendale, CA  91208-1634

G Neil
PO Box 451179
Sunrise, FL  33345-1179

G&S Transit Management Inc
7955 San Fernando Road
Sun Valley, CA  91352


Gabbert Charles
633 West Fifth Street Suite 850
Los Angeles, CA  90071


GAMHPA
Attn  JJDesantis
138 N Brand Blvd Suite 300
Glendale, CA  91203


Garcia Alexander
816-1/2 N Coronado Street
Los Angeles, CA  90026


GE Capital
PO Box 31001-0271
Pasadena, CA  91110-0271


Geary Kathleen
16316 Midwood Dr
Granada Hills, CA  91344


Geozalyan Marina
2544 Manhattan Ave
Montrose, CA  91020


Ghazarian Sarineh
7140 Dos Rios Dr
Tujunga, CA  91042

Glen Roberts
1304 Riverside Dr
Burbank, CA  91506


Glendale Chamber of Commerce
200 S Louise Street
Glendale, CA  91205


Glendale Costumes
746 W Doran Street
Glendale, CA  91203


Glendale Fire Administration
421 Oak St.
Glendale, CA  91204


Glendale Fire Systems Inc
6657 San Fernando Road
Glendale, CA  91201


Glendale Printing Center
PO Box 1191
Glendale, CA  91209


Glendale YMCA
140 N Louise Street
Glendale, CA  91206


Gonzalez Javier
10854 Vinedale Street
Sun Valley, CA  91352

Government Data Publications Inc
GDP Building (Accounting Div)
1661 McDonald Ave
Brooklyn, NY  11230


Guardian
PO Box 51505
Los Angeles, CA  90051-5805


Herman, Todd
4362 NE Flanders Street
Portland, OR  97213


Herzberg Joseph
495 Tamarac Dr
Pasadena, CA  91105


Higa Traci
4830 Ryland Ave
Temple City, CA  91780


HinesReporters.com Inc
888 S Figueroa Street
Los Angeles, CA  90017


Hochstadt Steven
3178 Dona Emilia Dr
Studio City, CA  91604


Huestis Karen
1664 Homewood Dr
Altadena, CA  91001

Hutchinson and Bloodgood LLP
7676 Hazard Center Dr Suite 1150
San Diego, CA  92108


Houghton Mifflin Harcourt
HM Receivables Co LLC
14046 Collections Center Dr
Chicago, IL  60693


HT Pro Tech
322 N Harbor Blvd
La Habra, CA  90631


Integrated Mechanical Systs Inc
2390 Bateman Ave
Irwindale, CA  91010


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114


Investors Fiduciary Trust Comp
Retirement Plan Service Center
PO Box 219154
Kansas City, MO  64121


Iron Mountain Records Mgmt
PO Box 601002
Los Angeles, CA  90060-1002


Jarian Adrine
510 E San Jose Ave Apt J
Burbank, CA  91501

Jedlicka PT Angelina
3314 Durham Court
Burbank, CA  91504


Joesel Robert
5608 El Canon Ave
Woodland Hills, CA  91367


Juan Great Fiesta Catering
12110 Slauson Ave Suite 5
Santa Fe Springs, CA  90670


Judicate West
1851 E First Street Suite 1450
Santa Ana, CA  92705


Kabot Lisa
11140 Plainview Ave
Tujunga, CA  91042


Kelly Patrick
1655 Rodney Dr #4
Los Angeles, CA  90027


Kent Electric Inc
6655 San Fernando Road
Glendale, CA  91201


Khachikian Yilian
2129 La Canada Crest Dr #4
La Canada Flintridge, CA  91011

Khachikyan Lusik
2859 Fairmount Ave
La Crescenta, CA  91214


Khashaki Chigany Meghedi
261 E Santa Anita Ave #202
Burbank, CA  91502


King Edward
630 West Bonita Ave #5F
Claremont, CA  91711


KRM Risk Mgmt & Ins Svcs
PO Box 13129
Fresno, CA  93794-3129


LA County Dept of Health Servs
Attn Mitchell H Katz
313 N Figueroa Street Rm 912
Los Angeles, CA  90012


LA County Dept of Mental Health
Attn Robin Kay Ph D
550 S Vermont Ave 6th Fl
Los Angeles, CA  90020


LA County Dept of Public Health
Attn Dorothy De Leon
1000 S Fremont Av Bldg A9 East FL3
Alhambra, CA  91803


Laboratory Corp of America
PO Box 12140
Burlington, NC  27216-2140

LAOTC-Metro Reduced Fare Ofc
Mail Stop 99-PL-4
One Gateway Plaza
Los Angeles, CA  90012


Larson PMI Inc
2219 W Olive Ave
PO Box 157
Burbank, CA  91506


Leadership Glendale Foundation
Glendale Chamber of Commerce
200 N Louise Street
Glendale, CA  91205


Lee Sabrina
18 N Golden West Ave
Arcadia, CA  91007


Leung Sherri
892 San Marcus Lane
Duarte, CA  91010


Li Anita
513 Via Altamira
Montebello, CA  90640


Life Insurance Company
  of the Southwest
PO Box 911422
Dallas, TX  75391-1422

Locumtenens.com
PO Box 405547
Atlanta, GA  30384-5547


Loewy Aaron
3128 Brookdale Road
Studio City, CA  91604


Los Angeles County Clerk
PO Box 1208
Norwalk, CA  90651-1208


Los Angeles County Recorder
12400 Imperial Hwy
Norwalk, CA  90650-3134


LA County Tax Collector
225 N Hill Street Room 122
Los Angeles, CA  90012


Los Angeles Family Housing
7843 Lankershim Blvd
N Hollywood, CA  91605-2523


Los Angeles Times
PO Box 60062
Los Angeles, CA  90060-0062


Maki Jane
6906 Pacific View Dr
Los Angeles, CA  90068

Makkar Adel William
11338 Chantry Street
Fontana, CA  92337


Margaryan Vardui
209 N Catalina Street
Burbank, CA  91505


Marlin Leasing
PO Box 13604
Philadelphia, PA  19101-3604


Martinez Lombard
1009 E Garfield Ave #2
Glendale, CA  91205


Mark Flan, LLC
1701 Nichols Cyn Road
Los Angeles, CA  90046


Matthew Bender & Co Inc
PO Box 7247-0178
Philadelphia, PA  19170-0178


McColl Deborah
6411 Monterey Road #17
Los Angeles, CA  90042


McKesson Medical Surgical
Minnesota Supply Inc
PO Box 630693
Cincinnati, OH  45263-0693

Medical Arts Press Corp
PO Box 37647
Philadelphia, PA  19101-0647


Medical Business Concepts Inc
540 S Marengo Ave
Pasadena, CA  91101


Mesrkhani Violet
1717 N Verdugo Road #262
Glendale, CA  91208


Miller Liesal
419 W Glenoaks Blvd #111
Glendale, CA  91202


Miller Stephen
238 S Berendo Street #306
Los Angeles, CA  90004


Minassian Susanne
10131 Tujunga Canyon Blvd #8
Tujunga, CA  91042


Mitchell Jacinda
2556 W 5th Street
Los Angeles, CA  90057


Monster Inc
File 70104
Los Angeles, CA  90074-0104

Moore Dolores
19040-4 Hamlin Street
Reseda, CA  91335


Moorhead James
102 N Glendale Ave #603
Glendale, CA  91206


Moreh Ronit
1880 Veteran Ave #307
Los Angeles, CA  90025


Morgan Stanley Smith Barney
PO Box 25082
Santa Ana, CA  92799-5082


Morquecho Gil
1031 Bella Vista Ave
Pasadena, CA  91107


Musick Peeler & Garrett
Attn Beau Miller
One Wilshire Blvd
Los Angeles, CA  90017


Nat'l Alliance for the Mentally Ill
1540 E Colorado Street
Glendale, CA  91205


National Council for Community
Behavioral Healthcare
1701 K Street NW Suite 400
Washington, DC  20006

NCS Pearson Inc
13036 Collection Center Dr
Chicago, IL  60693


Nazaryan Rubik
305 E Valencia #N
Burbank, CA  91502


Norris Thomas
1401 Valencia Street
Los Angeles, CA  90015


Oakmont Country Club
3100 Country Club Dr
Glendale, CA  91208


Office of County Counsel (DMH)
Attn Stephanie Farrell
500 W Temple St 6th Floor
Los Angeles, CA  90012


Office of County Counsel (DPH)
Attn Doraine Meyer
500 W Temple St 6th Floor
Los Angeles, CA  90012


Office Depot
PO Box 70025
Los Angeles, CA  90074-0025


Office Max Inc
PO Box 79515
City of Industry, CA  91716-9515

Ofc of Statewide Health Planning
Attn Dep Director Cal-Mortgage
300 Capitol Mall Suite 1500
Sacramento, CA  95814


Office of the Attorney General
1300 "I" Street
Sacramento, CA  95814-2919


Ohanessian Diana
1012 N Louise Street #4
Glendale, CA  91207


On-Site LaserMedic Corp
21540 Prairie Street Unit D
Chatsworth, CA  91311


Ortega Betty
816-1/2 N Coronado Street
Los Angeles, CA  90026


Overton Ronald
14211 Lambeth Way
Tustin, CA  92780


Pacific Western Bank
PO Box 131207
Carlsbad, CA  92013-1207


PAETEC
PO Box 1283
Buffalo, NY  14240-1283

Palmetto GBA
J1 MAC
PO Box 1091
Augusta, GA  30903


Parekh Mitesh
300 N El Molino #327
Pasadena, CA  91101


Park Ellen
3210 Dora Verdugo Dr
Glendale, CA  91208


Park Helen
330 Cordova Street #310
Pasadena, CA  91101


PATH Ventures
340 N Madison Ave Suite 100
Los Angeles, CA  90004


Pearle Gary
4308 Rhodes Ave
Studio City, CA  91604


Pedersen Craig
4819 Cahuenga Blvd
N Hollywood, CA  91601


Philadelphia Insurance Cos
PO Box 70251
Philadelphia, PA  19176-0251

Pioneer Fire Protection Inc
14819 Calvert Street
Van Nuys, CA  91411


PIP Printing
4614 San Fernando Road
Glendale, CA  91204


Pitney Bowes Global Financial Srvcs
PO Box 856460
Louisville, KY  40285-6460


PRC Mechanical
675 S Glenwood Place
Burbank, CA  91506


Precision Moving & Storage
14718 Raymer Street Unit A
Van Nuys, CA  91405


Preferred Response Security Srvcs
1055 7th Street Suite 1500
Los Angeles, CA  90017


Premier Security Services Inc
906 N Lake Street
Burbank, CA  91502-1622


Pringle Michelle
13343 Willard Street
Van Nuys, CA  91402

Professional Housekeeping
PO Box 97
La Canada, CA  91012


Psychological Assessment
Resources Inc
16204 N Florida Ave
Lutz, FL  33549


Pugh Kaylee
240 West Terrace
Altadena, CA  91001


Purchase Power
PO Box 856042
Louisville, KY  40285-6042


Quest Diagnostics
File No 50368
Los Angeles, CA  90074-0368


Raggio Lisa
26202 Reade Place
Stevenson Ranch, CA  91381


Ralphs Grocery Company
PO Box 515313
Los Angeles, CA  90051-6613


Rasper James
Alma Lodge
1750 Colorado Blvd
Los Angeles, CA  90041

Risen Bread LLC
dba Panera Bread
2339 11th Street
Encinitas, CA  92024


Rite Aid
PO Box 3165
Harrisburg, PA  17105


Rodemich Christine
4209 Hamstead Road
La Canada, CA  91011


Roh Terry
55 Bennington
Irvine, CA  92620


Safeguard Business Systems
PO Box 88043
Chicago, IL  60680-1043


Samuels Myrna
16959 Jeanine Place
Granada Hills, CA  91344


Securities Exchange Commission
5670 Wilshire Blvd 11th Fl
Los Angeles, CA  90036


Sierra Sign Images
PO Box 367
Montrose, CA  91021-0367

Siskind Leda
2430 Kenilworth Ave
Los Angeles, CA  90039


Smart & Final
PO Box 910948
Los Angeles, CA  90091-0948


Smith William
5024 Mammoth Ave
Sherman Oaks, CA  91423


Snookies Cookies
1753 Victory Blvd
Glendale, CA  91201


Society for Human Resource Mgmt
PO Box 791139
Baltimore, MD  21279-1139


SP Plus Security Service Inc
1055 W 7th Street Suite 1500
Los Angeles, CA  90017


Sparkletts
DS Waters of America LP
PO Box 660579
Dallas, TX  75266-0579


Spidel Michael
916 Esplanade #704
Redondo Beach, CA  90277

Staab Shadburn Lisa
800 Almond Road
San Marcos, CA  92078


Staples Business Advantage
Dept LA
PO Box 83689
Chicago, IL  60696-3689


Starkey Scott
The Wine Cave
2427 Honolulu Ave
Montrose, CA  91020


State Board of Equalization
Environmental Fees Div
PO Box 942879
Sacramento, CA  94279-6001


Steckbauer Weinhart Jaffe LLP
Attn Barry S Glaser
333 S Hope St 36th Floor
Los Angeles, CA  90071


Stericycle Inc
PO Box 79145
Phoenix, AZ  85062-9145


Steve's Bike Shop
859 E Mariposa Street
Altadena, CA  91001

Strasner Janie
23208 Napa Dr
Valencia, CA  91354


Stutman Treister & Glatt
Attn Alex Fisch
1901 Ave of the Stars 12th Fl
Los Angeles, CA  90067


Systems & Methods Inc
4200 West Chevy Chase Dr
Los Angeles, CA  90039


Target
PO Box 45922
Salt Lake City, UT  84145-0922


Tax & Accounting R&G
PO Box 71687
Chicago, IL  60694-1687


Taylor Clif
1171 Keniston Ave
Los Angeles, CA  90019


Tech Depot
PO Box 33074
Hartford, CT  06150-3074


Terminix Processing Center
PO Box 742592
Cincinnati, OH  45274-2592

The CHIP
24152 Lyons Ave #222
Newhall, CA  91321


The Gas Company
PO Box C
Monterey Park, CA  91756


The Verdugo Florist Inc
147 N Verdugo Road
Glendale, CA  91206


Thrifty Glass & Mirror Co Inc
1212 S Fifth Ave Suite C
Monrovia, CA  91016


Trent Debra
1943 Vestal Ave
Los Angeles, CA  90026


Unemployment Services Trust
PO Box 22657
Santa Barbara, CA  93121-2657


United Roofing
1821 Daly Street
Los Angeles, CA  90031


US Bank National Association
1420 Fifth Avenue 7th Floor
Seattle, WA  98101

US Postal Service
CMRS-PB
PO Box 894766
Los Angeles, CA  90189-4766


US Probation & Parole Office
Attn Helen Cheung
312 N Spring St 600 US Courthouse
Los Angeles, CA  90012


Valley Gym Corp
13784 Foothill Blvd
Sylmar, CA  91342


Van Sleeuwen Scott
2338 Orange Cove
La Crescenta, CA  91214


Van's Gifts
2520 Mira Mar Ave
Long Beach, CA  90815


Vanounts Mariam
3905 W Verdugo Apt D
Burbank, CA  91505


Ventura Edward
3013 E Sunset Hill Dr
W Covina, CA  91791


Verdugo Clinic Pharmacy
1540 E Colorado Street
Glendale, CA  91205

Verdugo Mental Health Foundation
1540 E Colorado Street
Glendale, CA  91205


Verizon Wireless
PO Box 4001
Inglewood, CA  90313-4001


Village Domain
47 Auburn Ave
Sierra Madre, CA  91024


Walton Marc
2200 E Villa Street #3
Pasadena, CA  91107


Waste Management of Sun Valley
PO Box 78251
Phoenix, AZ  85062-8251


Waxie Sanitary Supply
PO Box 81006
San Diego, CA  92138-1006


West Payment Center
PO Box 6292
Carol Stream, IL  60197-6292


Western Dental
530 S Main Street
Orange, CA  92868

Western Psychological Services
12031 Wilshire Blvd
Los Angeles, CA  90025-1251


Westmoreland Irena
827 N Hollywood Way #117
Burbank, CA  91505


Wheeler Trena
c/o William Lindheim
381 Van Ness Ave Suite 1502
Torrance, CA  90501


Wierenga Laureen
24700 Valley Street #2074
Newhall, CA  91321


Yegavian Shakeh
1042 Don Alvarado
Arcadia, CA  91006


Yerumyan-Abulyan Karmen
1410 Alameda Ave
Glendale, CA  91201